NUMBER 13-04-258-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG

 

 

 

JOYCE O=NEAL, INDIVIDUALLY 

AND AS REPRESENTATIVE
OF THE 

ESTATE OF TIMOTHY O=NEAL, DECEASED; 

AND ON BEHALF OF
RAYMOND O=NEAL 

AND ALLISON O=NEAL, MINOR CHILDREN; 

T.J. O=NEAL AND ERIN SELF,                                     Appellant,

 

                                           v.

 

PETER
COLDWELL, M.D.,                                           Appellee.

 

 

 

On
appeal from the 24th District Court of Refugio
County, Texas.

 

 

 

            DISSENTING MEMORANDUM OPINION

 

                   Before Justices Yañez, Castillo, and
Garza

          Dissenting Memorandum Opinion by
Justice Castillo

 








I respectfully
dissent.  I would hold that, by its
ruling, the trial court did not abuse its discretion because, among other
things, the expert report omits the standard of care and, thus, does not meet
statutory requirements. See Am. Transitional Care Ctrs. of Tex., Inc. v.
Palacios, 46 S.W.3d 873, 879 (Tex. 2001).     

 

ERRLINDA CASTILLO

Justice

 

 

 

Dissenting Memorandum Opinion delivered 

and filed this 21st day of July, 2005.